B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Eastern District of Tennessee | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Smoky Mountain Motels, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**FKA Music City Motels, Inc.; DBA Smoky Shadows Motel &<br>Conference Center** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**62-1132878** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**4215 Parkway<br>Pigeon Forge, TN**<br>ZIP Code **37863** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Sevier** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**1218 Murfreesboro Rd.<br>Nashville, TN**<br>ZIP Code **37217** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above):   **4215 Parkway<br>Pigeon Forge, TN 37863** | |

| Type of Debtor<br>(Form of Organization) (Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13      ☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |

| Chapter 15 Debtors | Tax-Exempt Entity<br>(Check box, if applicable) | Nature of Debts<br>(Check one box) |
|---|---|---|
| Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding<br>by, regarding, or against debtor is pending: | ☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | ☐ Debts are primarily consumer debts,<br>defined in 11 U.S.C. § 101(8) as<br>"incurred by an individual primarily for<br>a personal, family, or household purpose."    ■ Debts are primarily<br>business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(04/13)                                                                                                    Page 2

| **Voluntary Petition**<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Smoky Mountain Motels, Inc.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **Eastern District Tennessee** | Case Number:<br>**3:11-32571** | Date Filed:<br>**5/27/11** |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)             (Date) |
|---|---|

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br>■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br>☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br>If this is a joint petition:<br>☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>    _____<br>    (Name of landlord that obtained judgment)<br><br><br><br>    _____<br>    (Address of landlord)<br><br>☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐    Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(04/13)                                                                                          Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Smoky Mountain Motels, Inc.** |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
    Signature of Debtor

**X** _____
    Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
    Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Attorney***

**X** **/s/ Steven L. Lefkovitz**
_____
    Signature of Attorney for Debtor(s)

  **Steven L. Lefkovitz 5953**
_____
    Printed Name of Attorney for Debtor(s)

  **LEFKOVITZ & LEFKOVITZ**
_____
    Firm Name
  **618 CHURCH ST., #410**
  **NASHVILLE, TN 37219**

_____
Address

            **Email: slefkovitz@lefkovitz.com**
  **615-256-8300 Fax: 615-255-4516**
_____
Telephone Number
  **February 26, 2014**
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Eddie Rhines**
_____
    Signature of Authorized Individual
  **Eddie Rhines**
_____
    Printed Name of Authorized Individual
  **president**
_____
    Title of Authorized Individual
  **February 26, 2014**
_____
Date

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Eastern District of Tennessee

In re   **Smoky Mountain Motels, Inc.**               Case No.

                                       Debtor(s)             Chapter    **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None  ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$942,239.15** | **4/2013 - 2014 YTD: Debtor Business Income** |
| **$1,414,222.00** | **Debtor Business Income  Year Ending 3/31/2013** |

---

**2. Income other than from employment or operation of business**

None  ■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT               SOURCE

B7 (Official Form 7) (04/13)
2

---

### 3. Payments to creditors

**None**
■

***Complete a. or b., as appropriate, and c.***

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**None**
☐

b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Sevier County Utility District**<br>**PO BOX 4398**<br>**Sevierville, TN 37864** | **2/20/2014** | **$5,000.00** | **$151.63** |
| **Sevier County Electric System**<br>**PO BOX 4870**<br>**Sevierville, TN 37864** | **2/20/2014** | **$2,000.00** | **$8,834.79** |

**None**
■

c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

---

### 4. Suits and administrative proceedings, executions, garnishments and attachments

**None**
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Commerce Title & Escrow, LLC vs. Smoky Mountain Holding, LLC and Smoky Mountain Motels, Inc.**<br>**no. 14-116-II** | **civil** | **20th Judicial District, Tennessee Chancery Court** | **pending** |

**None**
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

* *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)
3

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**5. Repossessions, foreclosures and returns**

None ■  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**6. Assignments and receiverships**

None ■  a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None ■  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7. Gifts**

None ■  List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**8. Losses**

None ■  List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

B7 (Official Form 7) (04/13)
4

### 9. Payments related to debt counseling or bankruptcy

None ☐  List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **LEFKOVITZ & LEFKOVITZ**<br>**618 CHURCH ST., #410**<br>**NASHVILLE, TN 37219** | **2/24/2014** | **attorney fees + filing fees** |

### 10. Other transfers

None ■  a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■  b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None ■  List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

### 12. Safe deposit boxes

None ■  List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13. Setoffs

None ■  List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

B7 (Official Form 7) (04/13)

5

**14.  Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

NAME AND ADDRESS OF OWNER          DESCRIPTION AND VALUE OF PROPERTY          LOCATION OF PROPERTY

**15.  Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

ADDRESS                              NAME USED                              DATES OF OCCUPANCY

**16.  Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
| --- | --- | --- |

B7 (Official Form 7) (04/13)
6

---

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Smoky Mountain Motels, Inc.** | 62-1132878 | **4215 Parkway Pigeon Forge, TN 37863** | motel | **1/5/1982 - present** |

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                          ADDRESS

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Eddie Jackson 1218 Murfreesboro Rd. Nashville, TN 37217** | **1/1/2014** |
| **Harold Foshie PO BOX 10 Pigeon Forge, TN 37863** | |
| **Maggart & Associates, PC 1504th Ave. N. Suite 2150 Nashville, TN 37219** | |

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                          ADDRESS                          DATES SERVICES RENDERED

---

B7 (Official Form 7) (04/13)
7

None ☐   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Harold Foshie** | **PO BOX 10**<br>**Pigeon Forge, TN 37863** |

None ■   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

**20. Inventories**

None ■   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None ■   b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

**21 . Current Partners, Officers, Directors and Shareholders**

None ■   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Eddie Rhines** | **president** | **100% stock holder** |

**22 . Former partners, officers, directors and shareholders**

None ■   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ☐   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| **Kenneth M. Seaton** | **former 100% stockholder** | **12/26/2013** |

B7 (Official Form 7) (04/13)
8

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

\* \* \* \* \* \*

B7 (Official Form 7) (04/13)
9

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.


Date **February 26, 2014**                        Signature    **/s/ Eddie Rhines**
                                                                            **Eddie Rhines**
                                                                            **president**


[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B 6 Summary (Official Form 6 - Summary) (12/13)

# United States Bankruptcy Court
## Eastern District of Tennessee

In re   **Smoky Mountain Motels, Inc.**                                    ,   Case No. _____

                                              Debtor

                                                      Chapter                    **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 7,947,684.62 | | |
| B - Personal Property | Yes | 10 | 3,482,932.87 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 7,530,649.36 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 810.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 6 | | 1,192,192.22 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 2 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 23 | | | |
| Total Assets | | | 11,430,617.49 | | |
| Total Liabilities | | | | 8,723,651.58 | |

B 6 Summary (Official Form 6 - Summary) (12/13)

.

# United States Bankruptcy Court

### Eastern District of Tennessee

In re    **Smoky Mountain Motels, Inc.** _____,    Case No. _____

                                                        Debtor

                                                                Chapter_____**11**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re  **Smoky Mountain Motels, Inc.**                                              ,      Case No. _____
                                                    Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **hotel located at 4215 Parkway, Pigeon Forge, TN** | | **-** | **7,947,684.62** | **7,530,649.36** |

|  |  |  |
|---|---|---|
| Sub-Total > | **7,947,684.62** | (Total of this page) |
| Total > | **7,947,684.62** | |

**0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re   **Smoky Mountain Motels, Inc.**   ,   Case No.

                                      Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Sevier County Bank operating account | - | 9,864.29 |
| | | Sevier County Bank payroll account | - | 567.90 |
| | | Sevier County Bank petty cash account | - | 15.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >     **10,447.19**
(Total of this page)

  **2**   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Smoky Mountain Motels, Inc.**                                    ,    Case No. _____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **money owed to Corp. by K. Seaton & Affiliates** | - | 3,428,928.68 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >     **3,428,928.68**
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Smoky Mountain Motels, Inc.**                                          ,  Case No. _____
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | see attached fixed assets descriptions | - | 43,557.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | 43,557.00 |
| (Total of this page) | |
| Total > | 3,482,932.87 |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

## INVENTORY LIST FOR SMOKY SHADOWS HOTEL AND CONVENT

| | QUANITY | UNIT PRICE | TOTAL |
|---|---|---|---|
| TELEVISIONS | 243 | $40.00 | $9,720.00 |
| LAMPS | 208 | $4.00 | $832.00 |
| CHAIRS | 112 | $36.00 | $336.00 |
| SOFAS | 2 | $50.00 | $100.00 |
| SOFA SLEEPERS | 36 | $40.00 | $1,440.00 |
| REFRIGERATORS | 207 | $25.00 | $5,175.00 |
| HAIRDRYERS | 87 | $3.00 | $261.00 |
| TOASTERS | 125 | $3.00 | $375.00 |
| IRONING BOARDS | 88 | $3.00 | $264.00 |
| MICROWAVES | 101 | $20.00 | $2,020.00 |
| TABLES & CHAIRS | 144 | $25.00 | $3,600.00 |
| NIGHTSTANDS | 173 | $3.00 | $519.00 |
| STRAIGHT BACK CHAIRS | 100 | $3.00 | $300.00 |
| KING BEDS | 24 | $50.00 | 1,200.00 |
| QUEEN BEDS | 488 | $30.00 | 14,640.00 |
| COMPUTER (FRONT OFFICE) | | | $50.00 |
| SAFE | | | 100.00 |
| COFFEE MAKER | | | 100.00 |
| CASH REGISTER | | | $25.00 |
| KITCHEN EQUIPMENT - CONVENTION CENTER | | | 2,500.00 |
| | | | $43,557.00 |

**ION CENTER**

# Assets by Classification AMT - 1120S

SMOKY MOUNTAIN MOTELS, INC.   62-1132878   3/31/2014

**5-yr Residential rental furnishings and appliances**

***** indicates DISPOSED

| Item No. | Description of Property | Date Placed In Service | Asset Code | Business Use % | Cost or Other Basis | Sec. 179 Deduction | Credit | Special Allowance | Salvage Value | Recovery Basis | Recovery Period | Method | Convention Code | Prior Accum. Deprec., 179, Bonus | 2013 Deprec. | 2013 Accum. Deprec. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 28 | CARPET | 7/26/1996 | F-3 | 100.00% | 6,104 | 0 | 0 | 0 | 0 | 6,104 | 5 | 150DB | HY | 6,104 | 0 | 6,104 |
| 26 | CARPET | 10/16/1996 | F-3 | 100.00% | 7,469 | 0 | 0 | 0 | 0 | 7,469 | 5 | 150DB | HY | 7,469 | 0 | 7,469 |
| 27 | CARPET INSTALLATION | 10/16/1996 | F-3 | 100.00% | 4,826 | 0 | 0 | 0 | 0 | 4,826 | 5 | 150DB | HY | 4,826 | 0 | 4,826 |
| 30 | EQUIPMENT | 11/30/1996 | F-3 | 100.00% | 25,481 | 0 | 0 | 0 | 0 | 25,481 | 5 | 150DB | HY | 25,481 | 0 | 25,481 |
| 29 | DRAPES | 12/31/1996 | F-3 | 100.00% | 9,692 | 0 | 0 | 0 | 0 | 9,692 | 5 | 150DB | HY | 9,692 | 0 | 9,692 |
| 33 | LAUNDRY EQUIPMENT | 9/1/1997 | F-3 | 100.00% | 7,138 | 0 | 0 | 0 | 0 | 7,138 | 5 | 150DB | HY | 7,138 | 0 | 7,138 |
| 31 | MORGANTON CHAIR | 9/1/1997 | F-3 | 100.00% | 4,901 | 0 | 0 | 0 | 0 | 4,901 | 5 | 150DB | HY | 4,901 | 0 | 4,901 |
| 32 | SHELBY FURNITURE | 9/1/1997 | F-3 | 100.00% | 18,916 | 0 | 0 | 0 | 0 | 18,916 | 5 | 150DB | HY | 18,916 | 0 | 18,916 |
| 34 | MICROWAVE | 11/1/1997 | F-3 | 100.00% | 13,238 | 0 | 0 | 0 | 0 | 13,238 | 5 | 150DB | HY | 13,238 | 0 | 13,238 |
| 180 | APPLIANCES | 3/15/2000 | F-3 | 100.00% | 54,201 | 0 | 0 | 0 | 0 | 54,201 | 5 | 150DB | HY | 54,201 | 0 | 54,201 |
| 181 | FURNITURE | 3/15/2000 | F-3 | 100.00% | 130,965 | 0 | 0 | 0 | 0 | 130,965 | 5 | 150DB | HY | 130,965 | 0 | 130,965 |
| 993 | SINKS | 4/30/2001 | F-3 | 100.00% | 1,465 | 0 | 0 | 0 | 0 | 1,465 | 5 | 150DB | HY | 1,465 | 0 | 1,465 |
| 090 | TELEPHONE EQUIPMENT | 6/30/2001 | F-3 | 100.00% | 1,203 | 0 | 0 | 0 | 0 | 1,203 | 5 | 150DB | HY | 1,203 | 0 | 1,203 |
| 993 | EQUIPMENT | 6/30/2001 | F-3 | 100.00% | 81,301 | 0 | 0 | 0 | 0 | 81,301 | 5 | 150DB | HY | 81,301 | 0 | 81,301 |
| 218 | AIR CONDITIONER | 6/30/2001 | F-3 | 100.00% | 9,228 | 0 | 0 | 0 | 0 | 9,228 | 5 | 150DB | HY | 9,228 | 0 | 9,228 |
| 219 | TVS | 6/30/2001 | F-3 | 100.00% | 48,695 | 0 | 0 | 0 | 0 | 48,695 | 5 | 150DB | HY | 48,695 | 0 | 48,695 |
| 220 | TVS | 6/30/2001 | F-3 | 100.00% | 41,788 | 0 | 0 | 0 | 0 | 41,788 | 5 | 150DB | HY | 41,788 | 0 | 41,788 |
| 221 | TELEPHONE SWITCH | 6/30/2001 | F-3 | 100.00% | 23,165 | 0 | 0 | 0 | 0 | 23,165 | 5 | 150DB | HY | 23,165 | 0 | 23,165 |
| 222 | TELEPHONE SWITCH | 6/30/2001 | F-3 | 100.00% | 7,152 | 0 | 0 | 0 | 0 | 7,152 | 5 | 150DB | HY | 7,152 | 0 | 7,152 |
| 234 | COMPUTER | 6/30/2001 | F-3 | 100.00% | 1,392 | 0 | 0 | 0 | 0 | 1,392 | 5 | 150DB | HY | 1,392 | 0 | 1,392 |
| 235 | EQUIPMENT | 6/30/2001 | F-3 | 100.00% | 2,250 | 0 | 0 | 0 | 0 | 2,250 | 5 | 150DB | HY | 2,250 | 0 | 2,250 |
| 856 | FIREPLACE | 6/30/2001 | F-3 | 100.00% | 2,121 | 0 | 0 | 0 | 0 | 2,121 | 5 | 150DB | HY | 2,121 | 0 | 2,121 |
| 885 | SMITH CHAIR CO | 6/30/2001 | F-3 | 100.00% | 10,323 | 0 | 0 | 0 | 0 | 10,323 | 5 | 150DB | HY | 10,323 | 0 | 10,323 |
| 886 | SMITH CHAIR CO | 6/30/2001 | F-3 | 100.00% | 7,656 | 0 | 0 | 0 | 0 | 7,656 | 5 | 150DB | HY | 7,656 | 0 | 7,656 |
| 887 | CURTAINS | 6/30/2001 | F-3 | 100.00% | 683 | 0 | 0 | 0 | 0 | 683 | 5 | 150DB | HY | 683 | 0 | 683 |
| 188 | FURNITURE | 6/30/2001 | F-3 | 100.00% | 48,695 | 0 | 0 | 0 | 0 | 48,695 | 5 | 150DB | HY | 48,695 | 0 | 48,695 |
| 189 | FURNITURE | 6/30/2001 | F-3 | 100.00% | 16,609 | 0 | 0 | 0 | 0 | 16,609 | 5 | 150DB | HY | 16,609 | 0 | 16,609 |
| 190 | FURNITURE | 6/30/2001 | F-3 | 100.00% | 7,551 | 0 | 0 | 0 | 0 | 7,551 | 5 | 150DB | HY | 7,551 | 0 | 7,551 |
| 192 | FURNITURE | 6/30/2001 | F-3 | 100.00% | 397,838 | 0 | 0 | 0 | 0 | 397,838 | 5 | 150DB | HY | 397,838 | 0 | 397,838 |
| 194 | CURTAINS | 6/30/2001 | F-3 | 100.00% | 9,957 | 0 | 0 | 0 | 0 | 9,957 | 5 | 150DB | HY | 9,957 | 0 | 9,957 |
| 195 | LAMPS | 6/30/2001 | F-3 | 100.00% | 5,468 | 0 | 0 | 0 | 0 | 5,468 | 5 | 150DB | HY | 5,468 | 0 | 5,468 |
| 196 | MATTRESSES | 6/30/2001 | F-3 | 100.00% | 8,572 | 0 | 0 | 0 | 0 | 8,572 | 5 | 150DB | HY | 8,572 | 0 | 8,572 |
| 197 | SMITH CHAIR CO | 6/30/2001 | F-3 | 100.00% | 3,536 | 0 | 0 | 0 | 0 | 3,536 | 5 | 150DB | HY | 3,536 | 0 | 3,536 |
| 198 | SMITH CHAIR CO | 6/30/2001 | F-3 | 100.00% | 899 | 0 | 0 | 0 | 0 | 899 | 5 | 150DB | HY | 899 | 0 | 899 |
| 199 | MATTRESSES | 6/30/2001 | F-3 | 100.00% | 20,183 | 0 | 0 | 0 | 0 | 20,183 | 5 | 150DB | HY | 20,183 | 0 | 20,183 |
| 200 | TVS | 6/30/2001 | F-3 | 100.00% | 3,454 | 0 | 0 | 0 | 0 | 3,454 | 5 | 150DB | HY | 3,454 | 0 | 3,454 |
| 201 | MIRROR | 6/30/2001 | F-3 | 100.00% | 13,000 | 0 | 0 | 0 | 0 | 13,000 | 5 | 150DB | HY | 13,000 | 0 | 13,000 |
| 202 | FURNITURE | 6/30/2001 | F-3 | 100.00% | 13,845 | 0 | 0 | 0 | 0 | 13,845 | 5 | 150DB | HY | 13,846 | 0 | 13,846 |
| 203 | CURTAINS | 6/30/2001 | F-3 | 100.00% | 15,002 | 0 | 0 | 0 | 0 | 15,002 | 5 | 150DB | HY | 15,002 | 0 | 15,002 |
| 204 | FURNITURE | 6/30/2001 | F-3 | 100.00% | 5,692 | 0 | 0 | 0 | 0 | 5,692 | 5 | 150DB | HY | 5,692 | 0 | 5,692 |
| 205 | FURNITURE | 6/30/2001 | F-3 | 100.00% | 3,996 | 0 | 0 | 0 | 0 | 3,996 | 5 | 150DB | HY | 3,996 | 0 | 3,996 |
| 207 | CARPET | 6/30/2001 | F-3 | 100.00% | 5,831 | 0 | 0 | 0 | 0 | 5,831 | 5 | 150DB | HY | 5,831 | 0 | 5,831 |
| 208 | CARPET | 6/30/2001 | F-3 | 100.00% | 1,125 | 0 | 0 | 0 | 0 | 1,125 | 5 | 150DB | HY | 1,125 | 0 | 1,125 |
| 209 | CARPET | 6/30/2001 | F-3 | 100.00% | 11,700 | 0 | 0 | 0 | 0 | 11,700 | 5 | 150DB | HY | 11,700 | 0 | 11,700 |
| 213 | MATTRESSES | 6/30/2001 | F-3 | 100.00% | 6,205 | 0 | 0 | 0 | 0 | 6,205 | 5 | 150DB | HY | 6,205 | 0 | 6,205 |
| 255 | MATTRESSES | 6/30/2001 | F-3 | 100.00% | 5,522 | 0 | 0 | 0 | 0 | 5,522 | 5 | 150DB | HY | 5,522 | 0 | 5,522 |
| 255 | LOCKS | 6/30/2001 | F-3 | 100.00% | 33,474 | 0 | 0 | 0 | 0 | 33,474 | 5 | 150DB | HY | 33,474 | 0 | 33,474 |
| 225 | SIGN | 6/30/2001 | F-3 | 100.00% | 1,122 | 0 | 0 | 0 | 0 | 1,122 | 5 | 150DB | HY | 1,122 | 0 | 1,122 |
| 210 | FURNITURE | 8/31/2001 | F-3 | 100.00% | 1,894 | 0 | 0 | 0 | 0 | 1,894 | 5 | 150DB | HY | 1,894 | 0 | 1,894 |

# Assets by Classification AMT - 1120S

**SMOKY MOUNTAIN MOTELS, INC.  62-1132878**

3/31/2014

| Item No. | Description of Property | Date Placed In Service | Asset Code | Business Use % | Cost or Other Basis | Sec. 179 Deduction | Credit | Special Allowance | Salvage Value | Recovery Basis | Recovery Period | Method | Convention Code | Prior Accum. Deprec., 179, Bonus | 2013 Deprec. | 2013 Accum. Deprec. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 211 | CARPET | 9/30/2001 | F-3 | 100.00% | 1,863 | | 0 | 0 | 0 | 1,863 | 5 | 150DB | HY | 1,863 | 0 | 1,863 |
| 212 | LAMPS | 9/30/2001 | F-3 | 100.00% | 1,919 | | 0 | 0 | 0 | 1,919 | 5 | 150DB | HY | 1,919 | 0 | 1,919 |
| 214 | CARPET | 10/31/2001 | F-3 | 100.00% | 11,930 | | 0 | 0 | 0 | 11,930 | 5 | 150DB | HY | 11,930 | 0 | 11,930 |
| 215 | CARPET | 10/31/2001 | F-3 | 100.00% | 1,778 | | 0 | 0 | 0 | 1,778 | 5 | 150DB | HY | 1,778 | 0 | 1,778 |
| 216 | MATTRESSES | 10/31/2001 | F-3 | 100.00% | 12,792 | | 0 | 0 | 0 | 12,792 | 5 | 150DB | HY | 12,792 | 0 | 12,792 |
| 217 | CARPET | 10/31/2001 | F-3 | 100.00% | 915 | | 0 | 0 | 0 | 915 | 5 | 150DB | HY | 915 | 0 | 915 |
| 230 | SIGN | 10/31/2001 | F-3 | 100.00% | 1,705 | | 0 | 0 | 0 | 1,705 | 5 | 150DB | HY | 1,705 | 0 | 1,705 |
| 248 | PAINTING | 11/30/2001 | F-3 | 100.00% | 1,800 | | 0 | 0 | 0 | 1,800 | 5 | 150DB | HY | 1,800 | 0 | 1,800 |
| 249 | FURNITURE | 11/30/2001 | F-3 | 100.00% | 1,301 | | 0 | 0 | 0 | 1,301 | 5 | 150DB | HY | 1,301 | 0 | 1,301 |
| 250 | CARPET | 11/30/2001 | F-3 | 100.00% | 2,095 | | 0 | 0 | 0 | 2,095 | 5 | 150DB | HY | 2,095 | 0 | 2,095 |
| 251 | WALLPAPER | 11/30/2001 | F-3 | 100.00% | 1,985 | | 0 | 0 | 0 | 1,985 | 5 | 150DB | HY | 1,985 | 0 | 1,985 |
| 252 | DRAPES | 12/31/2001 | F-3 | 100.00% | 10,215 | | 0 | 0 | 0 | 10,215 | 5 | 150DB | HY | 10,215 | 0 | 10,215 |
| 253 | LAMPS | 3/31/2002 | F-3 | 100.00% | 2,240 | | 0 | 0 | 0 | 2,240 | 5 | 150DB | HY | 2,240 | 0 | 2,240 |
| 254 | VANITIES | 3/31/2002 | F-3 | 100.00% | 1,465 | | 0 | 0 | 0 | 1,465 | 5 | 150DB | HY | 1,465 | 0 | 1,465 |
| 270 | AC UNITS | 6/19/2002 | F-3 | 100.00% | 6,152 | | 0 | 0 | 0 | 6,152 | 5 | 150DB | HY | 6,152 | 0 | 6,152 |
| 263 | FURNITURE | 6/19/2002 | F-3 | 100.00% | 4,889 | | 0 | 0 | 0 | 4,889 | 5 | 150DB | HY | 4,889 | 0 | 4,889 |
| 267 | DRAPES | 6/30/2002 | F-3 | 100.00% | 1,052 | | 0 | 0 | 0 | 1,052 | 5 | 150DB | HY | 1,052 | 0 | 1,052 |
| 268 | FURNITURE | 11/6/2002 | F-3 | 100.00% | 11,864 | | 0 | 0 | 0 | 11,864 | 5 | 150DB | HY | 11,864 | 0 | 11,864 |
| 273 | PAINTING | 2/28/2003 | F-3 | 100.00% | 2,000 | | 0 | 0 | 0 | 2,000 | 5 | 150DB | HY | 2,000 | 0 | 2,000 |
| 274 | WALLPAPER | 4/30/2003 | F-3 | 100.00% | 800 | | 0 | 0 | 0 | 800 | 5 | 150DB | HY | 800 | 0 | 800 |
| 275 | BEDSPREADS | 7/31/2003 | F-3 | 100.00% | 2,219 | | 0 | 0 | 0 | 2,219 | 5 | 150DB | HY | 2,219 | 0 | 2,219 |
| 290 | BEDSPREADS | 9/30/2003 | F-3 | 100.00% | 2,554 | | 0 | 0 | 0 | 2,554 | 5 | 150DB | HY | 2,554 | 0 | 2,554 |
| 292 | AC UNITS | 5/26/2004 | F-3 | 100.00% | 2,978 | | 0 | 0 | 0 | 2,978 | 5 | 150DB | HY | 2,978 | 0 | 2,978 |
| 293 | DOOR LOCKS | 5/31/2004 | F-3 | 100.00% | 1,055 | | 0 | 0 | 0 | 1,055 | 5 | 150DB | HY | 1,055 | 0 | 1,055 |
| 291 | CRIBS | 6/30/2004 | F-3 | 100.00% | 1,014 | | 0 | 0 | 0 | 1,014 | 5 | 150DB | HY | 1,014 | 0 | 1,014 |
| 382 | AC UNITS | 7/21/2004 | F-3 | 100.00% | 5,957 | | 0 | 0 | 0 | 5,957 | 5 | 150DB | HY | 5,957 | 0 | 5,957 |
| 283 | FURNITURE | 7/31/2004 | F-3 | 100.00% | 9,136 | | 0 | 0 | 0 | 9,136 | 5 | 150DB | HY | 9,136 | 0 | 9,136 |
| 284 | MATTRESSES | 7/31/2004 | F-3 | 100.00% | 13,576 | | 0 | 0 | 0 | 13,576 | 5 | 150DB | HY | 13,576 | 0 | 13,576 |
| 285 | FURNITURE | 10/31/2004 | F-3 | 100.00% | 1,839 | | 0 | 0 | 0 | 1,839 | 5 | 150DB | HY | 1,839 | 0 | 1,839 |
| 286 | FURNITURE | 12/31/2004 | F-3 | 100.00% | 1,174 | | 0 | 0 | 0 | 1,174 | 5 | 150DB | HY | 1,174 | 0 | 1,174 |
| 287 | FURNITURE | 12/31/2004 | F-3 | 100.00% | 333 | | 0 | 0 | 0 | 333 | 5 | 150DB | HY | 333 | 0 | 333 |
| 288 | FURNITURE | 12/31/2004 | F-3 | 100.00% | 4,082 | | 0 | 0 | 0 | 4,082 | 5 | 150DB | HY | 4,082 | 0 | 4,082 |
| 277 | HOT WATER HEATER | 1/31/2004 | F-3 | 100.00% | 1,628 | | 0 | 0 | 0 | 1,628 | 5 | 150DB | HY | 1,628 | 0 | 1,628 |
| 278 | HOT WATER HEATER | 3/31/2005 | F-3 | 100.00% | 605 | | 0 | 0 | 0 | 605 | 5 | 150DB | HY | 605 | 0 | 605 |
| 279 | HOT WATER HEATER | 3/31/2005 | F-3 | 100.00% | 3,207 | | 0 | 0 | 0 | 3,207 | 5 | 150DB | HY | 3,207 | 0 | 3,207 |
| 280 | HOT WATER HEATER | 3/31/2005 | F-3 | 100.00% | 2,135 | | 0 | 0 | 0 | 2,135 | 5 | 150DB | HY | 2,135 | 0 | 2,135 |
| 289 | MATTRESSES | 3/31/2005 | F-3 | 100.00% | 1,121 | | 0 | 0 | 0 | 1,121 | 5 | 150DB | HY | 1,121 | 0 | 1,121 |
| 312 | MATTRESSES | 4/30/2005 | F-3 | 100.00% | 8,192 | | 0 | 0 | 0 | 8,192 | 5 | 150DB | HY | 8,192 | 0 | 8,192 |
| 300 | LAUNDRY EQUIPMENT | 6/30/2005 | F-3 | 100.00% | 599 | | 0 | 0 | 0 | 599 | 5 | 150DB | HY | 599 | 0 | 599 |
| 301 | MATTRESSES | 7/31/2005 | F-3 | 100.00% | 1,442 | | 0 | 0 | 0 | 1,442 | 5 | 150DB | HY | 1,441 | 0 | 1,441 |
| 314 | AWNING | 7/31/2005 | F-3 | 100.00% | 6,158 | | 0 | 0 | 0 | 6,158 | 5 | 150DB | HY | 6,158 | 0 | 6,158 |
| 302 | ICE MACHINE | 7/31/2005 | F-3 | 100.00% | 3,291 | | 0 | 0 | 0 | 3,291 | 5 | 150DB | HY | 3,291 | 0 | 3,291 |
| 303 | AWNING | 8/31/2005 | F-3 | 100.00% | 3,500 | | 0 | 0 | 0 | 3,500 | 5 | 150DB | HY | 3,500 | 0 | 3,500 |
| 304 | BEDSPREADS | 8/24/2005 | F-3 | 100.00% | 10,218 | | 0 | 0 | 0 | 10,218 | 5 | 150DB | HY | 10,218 | 0 | 10,218 |
| 313 | CARPET | 8/31/2005 | F-3 | 100.00% | 3,291 | | 0 | 0 | 0 | 3,291 | 5 | 150DB | HY | 3,291 | 0 | 3,291 |
| 311 | CARPET | 8/31/2005 | F-3 | 100.00% | 1,031 | | 0 | 0 | 0 | 1,031 | 5 | 150DB | HY | 1,031 | 0 | 1,031 |
| | CARPET | 8/31/2005 | F-3 | 100.00% | 3,478 | | 0 | 0 | 0 | 3,478 | 5 | 150DB | HY | 3,478 | 0 | 3,478 |
| | LAUNDRY EQUIPMENT | 9/30/2005 | F-3 | 100.00% | 1,263 | | 0 | 0 | 0 | 1,263 | 5 | 150DB | HY | 1,263 | 0 | 1,263 |
| | AC UNITS | 10/30/2005 | F-3 | 100.00% | 6,023 | | 0 | 0 | 0 | 6,023 | 5 | 150DB | HY | 6,023 | 0 | 6,023 |

"****" indicates DISPOSED Property

# Assets by Classification AMT - 1120S

**SMOKY MOUNTAIN MOTELS, INC.   62-1132878**

3/31/2014

***** indicates DISPOSED

| Item No. | Description of Property | Date Placed In Service | Asset Code | Business Use % | Cost or Other Basis | Sec. 179 Deduction | Credit | Special Allowance | Salvage Value | Recovery Basis | Recovery Period | Method | Convention Code | Prior Accum. Deprec. 179, Bonus | 2013 Deprec. | 2013 Accum. Deprec. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 305 | LAMPS | 10/31/2005 | F-3 | 100.00% | 5,624 | 0 | 0 | 0 | 0 | 5,624 | 5 | 150DB | HY | 5,624 | 0 | 5,624 |
| 306 | ICE MACHINE | 10/31/2005 | F-3 | 100.00% | 2,595 | 0 | 0 | 0 | 0 | 2,595 | 5 | 150DB | HY | 2,594 | 0 | 2,594 |
| 307 | LAMPS | 12/30/2005 | F-3 | 100.00% | 6,313 | 0 | 0 | 0 | 0 | 6,313 | 5 | 150DB | HY | 6,313 | 0 | 6,313 |
| 296 | WATER HEATER | 12/31/2005 | F-3 | 100.00% | 1,272 | 0 | 0 | 0 | 0 | 1,272 | 5 | 150DB | HY | 1,272 | 0 | 1,272 |
| 308 | CARPET | 12/31/2005 | F-3 | 100.00% | 3,019 | 0 | 0 | 0 | 0 | 3,019 | 5 | 150DB | HY | 3,018 | 0 | 3,018 |
| 309 | PAINTING | 1/31/2006 | F-3 | 100.00% | 5,175 | 0 | 0 | 0 | 0 | 5,175 | 5 | 150DB | HY | 5,175 | 0 | 5,175 |
| 310 | FURNITURE | 3/31/2006 | F-3 | 100.00% | 1,241 | 0 | 0 | 0 | 0 | 1,241 | 5 | 150DB | HY | 1,241 | 0 | 1,241 |
| 326 | AC EQUIPMENT | 4/29/2006 | F-3 | 100.00% | 4,300 | 0 | 0 | 0 | 0 | 4,300 | 5 | 150DB | HY | 4,299 | 0 | 4,299 |
| 328 | REFRIGERATORS | 5/24/2006 | F-3 | 100.00% | 1,092 | 0 | 0 | 0 | 0 | 1,092 | 5 | 150DB | HY | 1,092 | 0 | 1,092 |
| 310 | CARPET | 5/31/2006 | F-3 | 100.00% | 1,125 | 0 | 0 | 0 | 0 | 1,125 | 5 | 150DB | HY | 1,125 | 0 | 1,125 |
| 329 | CARPET | 5/31/2006 | F-3 | 100.00% | 1,200 | 0 | 0 | 0 | 0 | 1,200 | 5 | 150DB | HY | 1,200 | 0 | 1,200 |
| 318 | WALLPAPER | 6/30/2006 | F-3 | 100.00% | 1,200 | 0 | 0 | 0 | 0 | 1,200 | 5 | 150DB | HY | 1,200 | 0 | 1,200 |
| 315 | CARPET | 6/30/2006 | F-3 | 100.00% | 1,480 | 0 | 0 | 0 | 0 | 1,480 | 5 | 150DB | HY | 1,480 | 0 | 1,480 |
| 316 | EQUIPMENT | 7/12/2006 | F-3 | 100.00% | 1,014 | 0 | 0 | 0 | 0 | 1,014 | 5 | 150DB | HY | 1,014 | 0 | 1,014 |
| 320 | ONNITY | 7/31/2006 | F-3 | 100.00% | 1,589 | 0 | 0 | 0 | 0 | 1,589 | 5 | 150DB | HY | 1,589 | 0 | 1,589 |
| 319 | TVS | 7/31/2006 | F-3 | 100.00% | 1,351 | 0 | 0 | 0 | 0 | 1,351 | 5 | 150DB | HY | 1,351 | 0 | 1,351 |
| 328 | EQUIPMENT | 8/31/2006 | F-3 | 100.00% | 1,320 | 0 | 0 | 0 | 0 | 1,320 | 5 | 150DB | HY | 1,320 | 0 | 1,320 |
| 321 | FURNITURE | 8/31/2006 | F-3 | 100.00% | 4,774 | 0 | 0 | 0 | 0 | 4,774 | 5 | 150DB | HY | 4,774 | 0 | 4,774 |
| 322 | MICROWAVES | 8/31/2006 | F-3 | 100.00% | 466 | 0 | 0 | 0 | 0 | 466 | 5 | 150DB | HY | 466 | 0 | 466 |
| 323 | EQUIPMENT | 9/29/2006 | F-3 | 100.00% | 2,280 | 0 | 0 | 0 | 0 | 2,280 | 5 | 150DB | HY | 2,280 | 0 | 2,280 |
| 324 | FURNITURE | 9/30/2006 | F-3 | 100.00% | 4,503 | 0 | 0 | 0 | 0 | 4,503 | 5 | 150DB | HY | 4,503 | 0 | 4,503 |
| 325 | FURNITURE | 11/30/2006 | F-3 | 100.00% | 2,438 | 0 | 0 | 0 | 0 | 2,438 | 5 | 150DB | HY | 2,438 | 0 | 2,438 |
| 317 | FURNITURE | 1/31/2007 | F-3 | 100.00% | 1,509 | 0 | 0 | 0 | 0 | 1,509 | 5 | 150DB | HY | 1,509 | 0 | 1,509 |
| 327 | EQUIPMENT | 2/28/2007 | F-3 | 100.00% | 1,200 | 0 | 0 | 0 | 0 | 1,200 | 5 | 150DB | HY | 1,200 | 0 | 1,200 |
| 333 | JACUZZI | 3/31/2007 | F-3 | 100.00% | 2,229 | 0 | 0 | 0 | 0 | 2,229 | 5 | 150DB | HY | 2,229 | 0 | 2,229 |
| 357 | CARPET | 5/31/2007 | F-3 | 100.00% | 1,600 | 0 | 0 | 0 | 0 | 1,600 | 5 | 150DB | HY | 1,600 | 0 | 1,600 |
| 334 | FURNITURE | 5/31/2007 | F-3 | 100.00% | 795 | 0 | 0 | 0 | 0 | 795 | 5 | 150DB | HY | 794 | 0 | 794 |
| 335 | FURNITURE | 5/31/2007 | F-3 | 100.00% | 555 | 0 | 0 | 0 | 0 | 555 | 5 | 150DB | HY | 554 | 0 | 554 |
| 340 | COMPUTER | 6/30/2007 | F-3 | 100.00% | 357 | 0 | 0 | 0 | 0 | 357 | 5 | 150DB | HY | 357 | 0 | 357 |
| 336 | COMPUTER | 6/30/2007 | F-3 | 100.00% | 1,121 | 0 | 0 | 0 | 0 | 1,121 | 5 | 150DB | HY | 1,121 | 0 | 1,121 |
| 337 | FURNITURE | 6/30/2007 | F-3 | 100.00% | 1,344 | 0 | 0 | 0 | 0 | 1,344 | 5 | 150DB | HY | 1,344 | 0 | 1,344 |
| 338 | FURNITURE | 9/30/2007 | F-3 | 100.00% | 2,150 | 0 | 0 | 0 | 0 | 2,150 | 5 | 150DB | HY | 2,149 | 0 | 2,149 |
| 344 | FURNITURE | 10/31/2007 | F-3 | 100.00% | 873 | 0 | 0 | 0 | 0 | 873 | 5 | 150DB | HY | 872 | 0 | 872 |
| 345 | CARPET | 10/31/2007 | F-3 | 100.00% | 1,350 | 0 | 0 | 0 | 0 | 1,350 | 5 | 150DB | HY | 1,350 | 0 | 1,350 |
| 347 | PAINTING | 6/30/2008 | F-3 | 100.00% | 1,350 | 0 | 0 | 0 | 0 | 1,350 | 5 | 150DB | HY | 1,238 | 112 | 1,350 |
| 346 | AC UNITS | 6/30/2008 | F-3 | 100.00% | 4,300 | 0 | 0 | 0 | 0 | 4,300 | 5 | 150DB | HY | 3,942 | 358 | 4,300 |
| 349 | POOL PAINTING | 9/30/2008 | F-3 | 100.00% | 1,891 | 0 | 0 | 0 | 0 | 1,891 | 5 | 150DB | HY | 1,734 | 157 | 1,891 |
| 350 | LOCKS | 10/31/2008 | F-3 | 100.00% | 1,851 | 0 | 0 | 0 | 0 | 1,851 | 5 | 150DB | HY | 1,696 | 154 | 1,850 |
| 351 | HOT WATER HEATER | 7/31/2009 | F-3 | 100.00% | 800 | 0 | 0 | 0 | 0 | 800 | 5 | 150DB | HY | 600 | 133 | 733 |
| 348 | ACS | 7/31/2009 | F-3 | 100.00% | 2,077 | 0 | 0 | 0 | 0 | 2,077 | 5 | 150DB | HY | 1,559 | 346 | 1,905 |
| 356 | FURNITURE | 9/16/2009 | F-3 | 100.00% | 7,180 | 0 | 0 | 0 | 0 | 7,180 | 5 | 150DB | HY | 5,386 | 1,196 | 6,582 |
| 357 | FURNITURE | 9/30/2009 | F-3 | 100.00% | 1,481 | 0 | 0 | 0 | 0 | 1,481 | 5 | 150DB | HY | 1,111 | 247 | 1,358 |
| 358 | MASCO | 6/30/2010 | F-3 | 100.00% | 2,160 | 0 | 0 | 0 | 0 | 2,160 | 5 | 150DB | HY | 1,272 | 363 | 1,635 |
| 359 | LAZCO | 6/30/2010 | F-3 | 100.00% | 6,118 | 0 | 0 | 0 | 0 | 6,118 | 5 | 150DB | HY | 3,570 | 1,019 | 4,589 |
| 355 | LAUNDRY SYSTEMS | 9/30/2010 | F-3 | 100.00% | 5,819 | 0 | 0 | 0 | 0 | 5,819 | 5 | 150DB | HY | 3,396 | 969 | 4,365 |
| 359 | H&L ELECTRONICS | 10/31/2010 | F-3 | 100.00% | 2,071 | 0 | 0 | 0 | 0 | 2,071 | 5 | 150DB | HY | 1,209 | 345 | 1,554 |
| 355 | BLACK BOX | 11/30/2010 | F-3 | 100.00% | 223 | 0 | 0 | 0 | 0 | 223 | 5 | 150DB | HY | 130 | 37 | 167 |
| 360 | ONITY LOCKS | 8/31/2011 | F-3 | 100.00% | 2,062 | 0 | 0 | 0 | 0 | 2,062 | 5 | 150DB | HY | 835 | 368 | 1,203 |
| | **Total: 5-yr Res rental furnishings** | | | | 1,408,501 | 0 | 0 | 0 | 0 | 1,408,501 | | | | 1,396,769 | 5,804 | 1,402,573 |
| 8 | **5-yr Computers and peripherals (not listed property)** COMPUTERS | 7/6/1993 | F-5 | 100.00% | 2,185 | 0 | 0 | 0 | 0 | 2,185 | 5 | 150DB | HY | 2,185 | 0 | 2,185 |
| | | | | | 2,185 | 0 | 0 | 0 | 0 | 2,185 | | | | 2,185 | 0 | 2,185 |

# Assets by Classification AMT - 1120S

SMOKY MOUNTAIN MOTELS, INC.   62-1132873

3/31/2014

***** indicates DISPOSED

| Item No. | Description of Property | Date In Service | Asset Code | Business Use % | Cost or Other Basis | Sec. 179 Deduction | Credit | Special Allowance | Salvage Value | Recovery Basis | Recovery Period | Method | Convention Code | Prior Accum. Deprec. 179 Bonus | 2013 Deprec. | 2013 Accum. Deprec. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9 | COMPUTERS | 12/31/1994 | F-5 | 100.00% | 5,166 | 0 | 0 | 0 | 0 | 5,166 | 5 | 150DB | HY | 5,166 | 0 | 5,166 |
| 25 | COMPUTERS | 8/30/1995 | F-5 | 100.00% | 7,222 | 0 | 0 | 0 | 0 | 7,222 | 5 | 150DB | HY | 7,222 | 0 | 7,222 |
| 184 | SMITH CHAIR COMPANY | 6/30/2001 | F-5 | 100.00% | 6,832 | 0 | 0 | 0 | 0 | 6,832 | 5 | 150DB | HY | 6,832 | 0 | 6,832 |
| 223 | COMPUTER | 7/25/2001 | F-5 | 100.00% | 3,850 | 0 | 0 | 0 | 0 | 3,850 | 5 | 150DB | HY | 3,850 | 0 | 3,850 |
| 297 | WALLPAPER | 3/28/2006 | F-5 | 100.00% | 2,516 | 0 | 0 | 0 | 0 | 2,516 | 5 | 150DB | HY | 2,516 | 0 | 2,516 |
| 341 | SOFTWARE | 12/31/2007 | F-5 | 100.00% | 10,000 | 0 | 0 | 0 | 0 | 10,000 | 5 | 150DB | HY | 10,000 | 0 | 10,000 |
| 342 | COMPUTER | 12/31/2007 | F-5 | 100.00% | 15,000 | 0 | 0 | 0 | 0 | 15,000 | 5 | 150DB | HY | 15,000 | 0 | 15,000 |
| | **Total: 5-yr Computers (not listed)** | | | | 52,771 | 0 | 0 | 0 | 0 | 52,771 | | | | 52,771 | 0 | 52,771 |
| | **7-yr Office furniture, fixtures and equipment** | | | | | | | | | | | | | | | |
| 17 | CARPET | 3/15/1994 | F-11 | 100.00% | 3,689 | 0 | 0 | 0 | 0 | 3,689 | 10 | 150DB | HY | 3,689 | 0 | 3,689 |
| 21 | EQUIPMENT | 4/1/1994 | F-11 | 100.00% | 28,207 | 0 | 0 | 0 | 0 | 28,207 | 10 | 150DB | HY | 28,207 | 0 | 28,207 |
| 6 | FURNITURE | 4/1/1994 | F-11 | 100.00% | 54,012 | 0 | 0 | 0 | 0 | 54,012 | 10 | 150DB | HY | 54,012 | 0 | 54,012 |
| 82 | SIGN | 4/28/1994 | F-11 | 100.00% | 3,289 | 0 | 0 | 0 | 0 | 3,289 | 10 | 150DB | HY | 3,289 | 0 | 3,289 |
| 332 | FURNISHINGS | 3/15/2001 | F-11 | 100.00% | 134,261 | 0 | 0 | 0 | 0 | 134,261 | 7 | 150DB | HY | 134,261 | 0 | 134,261 |
| | **Total: 7-yr Office furn, fixtures, equip** | | | | 223,458 | 0 | 0 | 0 | 0 | 223,458 | | | | 223,458 | 0 | 223,458 |
| | **Land** | | | | | | | | | | | | | | | |
| | LAND | 4/10/1982 | N-1 | 100.00% | 312,000 | 0 | 0 | 0 | 0 | 312,000 | 0 | | | 0 | 0 | 0 |
| | **Total: Land** | | | | 312,000 | 0 | 0 | 0 | 0 | 312,000 | | | | 0 | 0 | 0 |
| | **15-yr Land improvements** | | | | | | | | | | | | | | | |
| 24 | SIGN | 6/30/2001 | R-2 | 100.00% | 26,658 | 0 | 0 | 0 | 0 | 26,658 | 15 | 150DB | HY | 21,147 | 1,575 | 22,722 |
| 26 | SIGNS | 10/31/2001 | R-2 | 100.00% | 4,568 | 0 | 0 | 0 | 0 | 4,568 | 15 | 150DB | HY | 4,151 | 270 | 4,421 |
| 327 | SIGN | 10/31/2001 | R-2 | 100.00% | 26,658 | 0 | 0 | 0 | 0 | 26,658 | 15 | 150DB | HY | 24,217 | 1,575 | 25,792 |
| 594 | PAVING | 4/30/2004 | R-2 | 100.00% | 6,800 | 0 | 0 | 0 | 0 | 6,800 | 15 | 150DB | HY | 4,190 | 401 | 4,591 |
| 595 | PAVING | 11/30/2004 | R-2 | 100.00% | 2,000 | 0 | 0 | 0 | 0 | 2,000 | 15 | 150DB | HY | 1,115 | 118 | 1,233 |
| 332 | PAVING | 9/30/2007 | R-2 | 100.00% | 1,885 | 0 | 0 | 0 | 0 | 1,885 | 15 | 150DB | HY | 827 | 111 | 938 |
| | **Total: 15-yr Land improvements** | | | | 68,569 | 0 | 0 | 0 | 0 | 68,569 | | | | 55,647 | 4,050 | 59,697 |
| | **Qualified leasehold improvement property** | | | | | | | | | | | | | | | |
| 2 | BLDG | 4/10/1982 | R-7 | 100.00% | 1,302,850 | 0 | 0 | 0 | 0 | 1,302,850 | 15 | SL/ADS | MM | 1,302,850 | 0 | 1,302,850 |
| 22 | BLDG IMPR | 7/1/1984 | R-7 | 100.00% | 3,182 | 0 | 0 | 0 | 0 | 3,182 | 18 | SL/ADS | MM | 3,182 | 0 | 3,182 |
| 241 | ELECTRICAL | 6/30/2001 | R-7 | 100.00% | 545 | 0 | 0 | 0 | 0 | 545 | 15 | SL/ADS | HY | 444 | 36 | 480 |
| | **Total: Qual LH improve prop** | | | | 1,306,577 | 0 | 0 | 0 | 0 | 1,306,577 | | | | 1,306,476 | 36 | 1,306,512 |
| | **39-yr Nonresidential and commercial real estate** | | | | | | | | | | | | | | | |
| 23 | ROOF | 11/1/1990 | R-5 | 100.00% | 7,500 | 0 | 0 | 0 | 0 | 7,500 | 40 | SL/ADS | MM | 4,197 | 188 | 4,385 |
| 24 | ROOF | 5/27/1991 | R-5 | 100.00% | 6,427 | 0 | 0 | 0 | 0 | 6,427 | 40 | SL/ADS | MM | 3,516 | 161 | 3,677 |
| 3 | BLDG ADDITIONS | 4/1/1994 | R-5 | 100.00% | 797,335 | 0 | 0 | 0 | 0 | 797,335 | 39 | SL/GDS | MM | 377,903 | 19,933 | 397,836 |
| 70 | BLDG ADDITION | 10/15/1999 | R-5 | 100.00% | 82,716 | 0 | 0 | 0 | 0 | 82,716 | 39 | SL/GDS | MM | 28,545 | 2,121 | 30,666 |
| 90 | BLDG ADDITION | 11/29/1999 | R-5 | 100.00% | 13,016 | 0 | 0 | 0 | 0 | 13,016 | 39 | SL/GDS | MM | 4,465 | 334 | 4,799 |
| 80 | BLDSG ADDITION | 12/4/1999 | R-5 | 100.00% | 7,309 | 0 | 0 | 0 | 0 | 7,309 | 39 | SL/GDS | MM | 2,490 | 187 | 2,677 |
| 40 | PRECISION CONST. | 1/3/2000 | R-5 | 100.00% | 115,438 | 0 | 0 | 0 | 0 | 115,438 | 39 | SL/GDS | MM | 39,096 | 2,960 | 42,056 |
| 50 | PRECISION CONST | 2/15/2000 | R-5 | 100.00% | 10,000 | 0 | 0 | 0 | 0 | 10,000 | 39 | SL/GDS | MM | 3,364 | 256 | 3,620 |
| 60 | BLDG ADDITION | 3/15/2000 | R-5 | 100.00% | 235,079 | 0 | 0 | 0 | 0 | 235,079 | 39 | SL/GDS | MM | 78,607 | 6,027 | 84,634 |
| 183 | BLFG ADDITION | 3/15/2001 | R-5 | 100.00% | 1,400,676 | 0 | 0 | 0 | 0 | 1,400,676 | 39 | SL/GDS | MM | 432,468 | 35,913 | 468,381 |
| 191 | BLDG ADDITION | 6/30/2001 | R-5 | 100.00% | 2,795,351 | 0 | 0 | 0 | 0 | 2,795,351 | 39 | SL/GDS | MM | 845,531 | 71,698 | 917,229 |

Assets by Classification AMT - 1120S

SMOKY MOUNTAIN MOTELS, INC.   62-1132878   3/31/2014

| Item No. | Description of Property | Date Placed In Service | Asset Code | Business Use % | Cost or Other Basis | Sec. 179 Deduction | Credit | Special Allowance | Salvage Value | Recovery Basis | Recovery Period | Method | Convention Code | Prior Accum. Deprec. 179, Bonus | 2013 Deprec. | 2013 Accum. Deprec. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | "*" indicates DISPOSED Property | | | | | | | | | | | | | | | |
| 228 | TILE | 6/20/2001 | R-5 | 100.00% | 2,182 | 0 | 0 | 0 | 0 | 2,182 | 39 | S/GDS | MM | 660 | 56 | 716 |
| 229 | PROPANE LINKS | 6/20/2001 | R-5 | 100.00% | 559 | 0 | 0 | 0 | 0 | 559 | 39 | S/GDS | MM | 168 | 14 | 182 |
| 229 | PAINTING | 6/20/2001 | R-5 | 100.00% | 10,820 | 0 | 0 | 0 | 0 | 10,820 | 39 | S/GDS | MM | 3,270 | 277 | 3,547 |
| 232 | WALLPAPER | 6/20/2001 | R-5 | 100.00% | 453 | 0 | 0 | 0 | 0 | 453 | 39 | S/GDS | MM | 138 | 12 | 150 |
| 233 | SINKS | 6/20/2001 | R-5 | 100.00% | 1,571 | 0 | 0 | 0 | 0 | 1,571 | 39 | S/GDS | MM | 474 | 40 | 514 |
| 236 | BLDG ADDITION | 6/30/2001 | R-5 | 100.00% | 530,277 | 0 | 0 | 0 | 0 | 530,277 | 39 | S/GDS | MM | 160,339 | 13,596 | 173,935 |
| 237 | BLDG ADDITION | 6/30/2001 | R-5 | 100.00% | 36,851 | 0 | 0 | 0 | 0 | 36,851 | 39 | S/GDS | MM | 11,143 | 945 | 12,088 |
| 238 | BLDG ADDITIONS | 6/30/2001 | R-5 | 100.00% | 110,640 | 0 | 0 | 0 | 0 | 110,640 | 39 | S/GDS | MM | 33,455 | 2,837 | 36,292 |
| 239 | BLDG ADDITIONS | 6/30/2001 | R-5 | 100.00% | 12,137 | 0 | 0 | 0 | 0 | 12,137 | 39 | S/GDS | MM | 3,669 | 311 | 3,980 |
| 240 | BLDG ADDITIONS | 6/30/2001 | R-5 | 100.00% | 58,946 | 0 | 0 | 0 | 0 | 58,946 | 39 | S/GDS | MM | 17,822 | 1,511 | 19,333 |
| 242 | BLDG ADDITION | 6/30/2001 | R-5 | 100.00% | 24,260 | 0 | 0 | 0 | 0 | 24,260 | 39 | S/GDS | MM | 7,335 | 622 | 7,957 |
| 243 | SPRINKLERS | 6/30/2001 | R-5 | 100.00% | 1,838 | 0 | 0 | 0 | 0 | 1,838 | 39 | S/GDS | MM | 555 | 47 | 602 |
| 244 | CONSTRUCTION | 6/30/2001 | R-5 | 100.00% | 31,141 | 0 | 0 | 0 | 0 | 31,141 | 39 | S/GDS | MM | 9,415 | 798 | 10,213 |
| 245 | LOCKS | 6/30/2001 | R-5 | 100.00% | 5,321 | 0 | 0 | 0 | 0 | 5,321 | 39 | S/GDS | MM | 1,608 | 136 | 1,744 |
| 246 | GLASS | 6/30/2001 | R-5 | 100.00% | 2,000 | 0 | 0 | 0 | 0 | 2,000 | 39 | S/GDS | MM | 604 | 51 | 655 |
| 257 | LOCKS | 6/20/2001 | R-5 | 100.00% | 24,127 | 0 | 0 | 0 | 0 | 24,127 | 39 | S/GDS | MM | 7,296 | 619 | 7,915 |
| 258 | ELECTRICAL OUTLETS | 4/30/2002 | R-5 | 100.00% | 1,162 | 0 | 0 | 0 | 0 | 1,162 | 39 | S/GDS | MM | 327 | 30 | 357 |
| 288 | OFFICE EXPANSION | 4/30/2002 | R-5 | 100.00% | 23,740 | 0 | 0 | 0 | 0 | 23,740 | 39 | S/GDS | MM | 6,672 | 609 | 7,281 |
| 280 | BLDG | 5/31/2002 | R-5 | 100.00% | 1,817 | 0 | 0 | 0 | 0 | 1,817 | 39 | S/GDS | MM | 508 | 47 | 555 |
| 260 | POOL ENSLOSURE | 5/31/2002 | R-5 | 100.00% | 13,827 | 0 | 0 | 0 | 0 | 13,827 | 39 | S/GDS | MM | 3,857 | 355 | 4,212 |
| 261 | CONST LABOR | 5/31/2002 | R-5 | 100.00% | 1,400 | 0 | 0 | 0 | 0 | 1,400 | 39 | S/GDS | MM | 391 | 35 | 427 |
| 262 | CONCRETE | 6/5/2002 | R-5 | 100.00% | 273 | 0 | 0 | 0 | 0 | 273 | 39 | S/GDS | MM | 76 | 7 | 82 |
| 264 | PAINTING | 6/30/2002 | R-5 | 100.00% | 6,091 | 0 | 0 | 0 | 0 | 6,091 | 39 | S/GDS | MM | 1,685 | 156 | 1,841 |
| 265 | ELECTRICAL | 11/6/2002 | R-5 | 100.00% | 5,132 | 0 | 0 | 0 | 0 | 5,132 | 39 | S/GDS | MM | 1,366 | 132 | 1,498 |
| 271 | ROOFING | 12/31/2003 | R-5 | 100.00% | 18,000 | 0 | 0 | 0 | 0 | 18,000 | 39 | S/GDS | MM | 4,290 | 462 | 4,752 |
| 272 | ROOFING | 1/31/2004 | R-5 | 100.00% | 23,134 | 0 | 0 | 0 | 0 | 23,134 | 39 | S/GDS | MM | 5,462 | 593 | 6,055 |
| 76 | ROOFING | 4/30/2004 | R-5 | 100.00% | 1,396 | 0 | 0 | 0 | 0 | 1,396 | 39 | S/GDS | MM | 321 | 36 | 357 |
| | Total: 39-yr Nonresidential real estate | | | | 6,420,942 | 0 | 0 | 0 | | 6,420,942 | | | | 2,103,087 | 164,113 | 2,267,200 |
| | **Amortization - Other** | | | | | | | | | | | | | | | |
| 100 | LOAN COSTS | 8/1/1999 | Z-16 | 100.00% | 60,915 | 0 | 0 | 0 | | 60,915 | 12 | SL | FM | 60,915 | 0 | 60,915 |
| 110 | LOAN COSTS | 2/1/2000 | Z-16 | 100.00% | 31,716 | 0 | 0 | 0 | | 31,716 | 1 | SL | FM | 31,716 | 0 | 31,716 |
| | Total: Amort - Other | | | | 92,631 | 0 | 0 | 0 | | 92,631 | | | | 92,631 | 0 | 92,631 |
| | SubTotals | | | | 9,885,449 | 0 | 0( | 0( | 0 | 9,885,449 | | | | 5,230,839 | 174,003 | 5,404,842 |
| | Less: Disposed Assets | | | | 0 | 0 | 0( | 0( | 0 | 0 | | | | 0( | 0 | 0( |
| | Ending Totals | | | | 9,885,449 | 0 | 0 | 0 | 0 | 9,885,449 | | | | 5,230,839 | 174,003 | 5,404,842 |

B6D (Official Form 6D) (12/07)

In re    **Smoky Mountain Motels, Inc.**                                                                                   Case No. _____
                                                                                    ,
                                                        Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. | | | | **hotel located at 4215 Parkway, Pigeon Forge, TN** | | | | | |
| **Sunrise Holdings/PG, LLC** c/o Tarpy, Cox, Fleishman & Leveille, PL **1111 Northshore Dr. Suite N-290 Knoxville, TN 37919** | X | - | | | | | | | |
| | | | | Value $            **7,947,684.62** | | | | **7,530,649.36** | **0.00** |
| Account No. | | | | | | | | | |
| **Capital Bank, N.A. PO BOX 369 Alcoa, TN 37701** | | | | **Representing: Sunrise Holdings/PG, LLC** | | | | **Notice Only** | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| **John C. Markey, II PLLC 1800 Camden Rd. Suite 106 Charlotte, NC 28203** | | | | **Representing: Sunrise Holdings/PG, LLC** | | | | **Notice Only** | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| **Miller Anderson Law Group, PLLC 2108 Keller Bend Rd. Knoxville, TN 37922** | | | | **Representing: Sunrise Holdings/PG, LLC** | | | | **Notice Only** | |
| | | | | Value $ | | | | | |

__0__   continuation sheets attached

| | | |
|---|---|---|
| Subtotal (Total of this page) | **7,530,649.36** | **0.00** |
| Total (Report on Summary of Schedules) | **7,530,649.36** | **0.00** |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                                          Best Case Bankruptcy

B6E (Official Form 6E) (4/13)

.

In re   **Smoky Mountain Motels, Inc.**                                                                 ,   Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

__1__    continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re    **Smoky Mountain Motels, Inc.** _____,    Case No. _____
                          Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Internal Revenue Service** <br>**Spec Proc Br, MDP 146** <br>**801 Broadway Room 285** <br>**Nashville, TN 37203** | - | | | | | | **Unknown** | **Unknown** <br><br> **0.00** |
| Account No. **xx5737** <br><br>**State of Tennessee** <br>**220 French Landing Dr.** <br>**2nd Floor** <br>**Nashville, TN 37243** | - | | | | | | **75.00** | **0.00** <br><br> **75.00** |
| Account No. <br><br>**Tennessee Dep't Labor** <br>**1st Floor, Suite B** <br>**200 French Landing Dr.** <br>**Nashville, TN 37243** | - | | | | | | **55.00** | **0.00** <br><br> **55.00** |
| Account No. <br><br>**Tennessee Department of Health** <br>**PO BOX 198990** <br>**Nashville, TN 37219** | - | | pool licensing | | | | **680.00** | **0.00** <br><br> **680.00** |
| Account No. <br><br><br><br> | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal <br>(Total of this page) | **0.00** <br>**810.00** | <br>**810.00** |
| Total <br>(Report on Summary of Schedules) | **0.00** <br>**810.00** | <br>**810.00** |

B6F (Official Form 6F) (12/07)

In re   **Smoky Mountain Motels, Inc.**                                          ,   Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **x4003**<br><br>**A&W Office Supply & Design**<br>**PO BOX 23209**<br>**Knoxville, TN 37933** | X | - | | | | | | | 3,095.84 |
| Account No. **M004**<br><br>**AVM Enterprises**<br>**PO BOX 22283**<br>**Chattanooga, TN 37422** | X | - | | | | | | | 131.59 |
| Account No. **xxx-xxxxxxxxxx8B01**<br><br>**Booking.com B.V.**<br>**5295 Paysphere Circle**<br>**Chicago, IL 60674** | X | - | | | | | | | 3,000.00 |
| Account No. **3377**<br><br>**Citibusiness**<br>**Processing Center**<br>**Des Moines, IA 50363** | X | - | | | | | | | 40,386.67 |

_**5**__  continuation sheets attached

Subtotal                46,614.10
(Total of this page)

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                S/N:31811-140110   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Smoky Mountain Motels, Inc.**                                ,      Case No. _____

                                 Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxx-xxxx00-01** | | | | | | | | |
| City Of Pigeon Forge Water & Sewer Dept. PO BOX 1066 Pigeon Forge, TN 37868 | X | - | | | | | | 2,249.34 |
| Account No. **xxxx-xxxx01-01** | | | | | | | | |
| City Of Pigeon Forge Water & Sewer Dept. PO BOX 1066 Pigeon Forge, TN 37868 | X | - | | | | | | 4,140.77 |
| Account No. | | | | | | | | |
| Commerce Title & Escrow, LLC c/o Rudy, Wood & Winstead, PLLC 1812 Broadway Nashville, TN 37203 | X | - | | | X | X | X | 50,000.00 |
| Account No. **x6765** | | | | | | | | |
| Commtrak 26 Nassau Commons Lewes, DE 19958 | X | - | | | | | | 38.99 |
| Account No. | | | | | | | | |
| Cooks Pest Control PO BOX 5483 Knoxville, TN 37928 | X | - | | | | | | 272.00 |

Sheet no. __1__ of __5__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

56,701.10

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re   **Smoky Mountain Motels, Inc.**                                    ,   Case No. _____
                                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **x1310**<br><br>**Corporate Travel Coordinators of America**<br>**511 Sixth Ave. Suite 505**<br>**New York, NY 10011** | X | - | | | | | | 600.00 |
| Account No.<br><br>**Evelyn Robinson**<br>**202 Two View Dr. #1**<br>**Pigeon Forge, TN 37863** | X | - | | | | | | 805.00 |
| Account No. **xxxxxxxxx2013**<br><br>**Hartford Insurance Co.**<br>**Barnes Insurance Agency**<br>**PO BOX 609**<br>**Pigeon Forge, TN 37868** | X | - | | | | | | 2,097.00 |
| Account No. **xxx-xx0025**<br><br>**IPFS Corporation**<br>**PO BOX 419090**<br>**Kansas City, MO 64141** | X | - | | | | | | 30,332.08 |
| Account No.<br><br>**Kenneth M. Seaton, Sr. & Affiliates**<br>**PO BOX 10**<br>**Pigeon Forge, TN 37868** | | - | | | | | | 1,021,173.61 |

Sheet no. __**2**__ of __**5**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,055,007.69

B6F (Official Form 6F) (12/07) - Cont.

In re   **Smoky Mountain Motels, Inc.**                                    ,   Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xx8837** | | | | | | | | |
| **Magnuson Hotels** **525 East Mission Ave.** **Spokane, WA 99202** | X | - | | | | | | 735.09 |
| Account No. | | | | | | | | |
| **McKee Foods Corporation** **PO BOX 2118** **Collegedale, TN 37315** | X | - | | | | | | 111.20 |
| Account No. **x8169** | | | | | | | | |
| **National Elevator, Inc.** **PO BOX 3623** **Knoxville, TN 37927** | X | - | | | | | | 325.00 |
| Account No. **xxxx0009** | | | | | | | | |
| **Sevier County Electric System** **PO BOX 4870** **Sevierville, TN 37864** | | - | | | | | | 11,624.59 |
| Account No. **xxxx0007** | | | | | | | | |
| **Sevier County Electric System** **PO BOX 4870** **Sevierville, TN 37864** | | - | | | | | | 4,961.11 |

Sheet no. __3__ of __5__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **17,756.99**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Smoky Mountain Motels, Inc.**                                        ,        Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxx0005**<br><br>**Sevier County Electric System**<br>**PO BOX 4870**<br>**Sevierville, TN 37864** | - | | | | | | | 8,834.79 |
| Account No. **xxx1002**<br><br>**Sevier County Utility District**<br>**PO BOX 4398**<br>**Sevierville, TN 37864** | - | | | | | | | 946.99 |
| Account No. **xxx2002**<br><br>**Sevier County Utility District**<br>**PO BOX 4398**<br>**Sevierville, TN 37864** | - | | | | | | | 151.63 |
| Account No.<br><br>**SFS of Knoxville**<br>**900 Tennessee Ave.**<br>**Knoxville, TN 37921** | - | | | | | | | 231.98 |
| Account No. **x6110**<br><br>**Siever Lock & Safe Co.**<br>**PO BOX 798**<br>**Pigeon Forge, TN 37868** | - | | | | | | | 1,470.65 |

Sheet no. __4__ of __5__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

11,636.04

B6F (Official Form 6F) (12/07) - Cont.

In re    **Smoky Mountain Motels, Inc.** _____,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Smoky Mountain Supply** **3620 Singing Pines Rd.** **Pigeon Forge, TN 37863** | | - | | | | | 12.87 |
| Account No. | | | | | | | |
| **Tennessee State Bank** **PO BOX 1260** **Pigeon Forge, TN 37868** | | - | | | | | 1,031.24 |
| Account No. | | | | | | | |
| **Wholesale Supply Group** **PO BOX 4080** **Cleveland, TN 37320** | | - | | | | | 168.19 |
| Account No. **xxxxxx1522** | | | | | | | |
| **World Web Technologies** **PO BOX 234** **Chestermere, Alberta, Canada T1X1K8** | | - | | | | | 3,264.00 |
| Account No. | | | | | | | |
| | | | | | | | |

| | | |
|---|---|---|
| Sheet no. __5__ of __5__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 4,476.30 |
| | Total (Report on Summary of Schedules) | 1,192,192.22 |

B6G (Official Form 6G) (12/07)

.

In re   **Smoky Mountain Motels, Inc.**                             ,      Case No. _____

                                               Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Birch Communications**<br>**3060 Peachtree Road NW**<br>**Suite 1065**<br>**Atlanta, GA 30305** | **telephone services contract** |
| **CHARTER COMMUNICATIONS**<br>**PO BOX 9001927**<br>**LOUISVILLE KY 40290** | **internet contract** |
| **National Elevator, Inc.**<br>**PO BOX 3623**<br>**Knoxville, TN 37927** | **elevator contract** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

.

In re **Smoky Mountain Motels, Inc.** _____, Case No. _____
                                                 Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Kenneth M. Seaton, Sr.**<br>**PO BOX 10**<br>**Pigeon Forge, TN 37868** | **Sunrise Holdings/PG, LLC**<br>**c/o Tarpy, Cox, Fleishman & Leveille, PL**<br>**1111 Northshore Dr. Suite N-290**<br>**Knoxville, TN 37919** |
| **Kenneth M. Seaton, Sr.**<br>**PO BOX 10**<br>**Pigeon Forge, TN 37868** | **A&W Office Supply & Design**<br>**PO BOX 23209**<br>**Knoxville, TN 37933** |
| **Kenneth M. Seaton, Sr.**<br>**PO BOX 10**<br>**Pigeon Forge, TN 37868** | **AVM Enterprises**<br>**PO BOX 22283**<br>**Chattanooga, TN 37422** |
| **Kenneth M. Seaton, Sr.**<br>**PO BOX 10**<br>**Pigeon Forge, TN 37868** | **Booking.com B.V.**<br>**5295 Paysphere Circle**<br>**Chicago, IL 60674** |
| **Kenneth M. Seaton, Sr.**<br>**PO BOX 10**<br>**Pigeon Forge, TN 37868** | **Citibusiness**<br>**Processing Center**<br>**Des Moines, IA 50363** |
| **Kenneth M. Seaton, Sr.**<br>**PO BOX 10**<br>**Pigeon Forge, TN 37868** | **City Of Pigeon Forge**<br>**Water & Sewer Dept.**<br>**PO BOX 1066**<br>**Pigeon Forge, TN 37868** |
| **Kenneth M. Seaton, Sr.**<br>**PO BOX 10**<br>**Pigeon Forge, TN 37868** | **City Of Pigeon Forge**<br>**Water & Sewer Dept.**<br>**PO BOX 1066**<br>**Pigeon Forge, TN 37868** |
| **Kenneth M. Seaton, Sr.**<br>**PO BOX 10**<br>**Pigeon Forge, TN 37868** | **Commtrak**<br>**26 Nassau Commons**<br>**Lewes, DE 19958** |
| **Kenneth M. Seaton, Sr.**<br>**PO BOX 10**<br>**Pigeon Forge, TN 37868** | **Cooks Pest Control**<br>**PO BOX 5483**<br>**Knoxville, TN 37928** |
| **Kenneth M. Seaton, Sr.**<br>**PO BOX 10**<br>**Pigeon Forge, TN 37868** | **Corporate Travel Coordinators of America**<br>**511 Sixth Ave. Suite 505**<br>**New York, NY 10011** |
| **Kenneth M. Seaton, Sr.**<br>**PO BOX 10**<br>**Pigeon Forge, TN 37868** | **Evelyn Robinson**<br>**202 Two View Dr. #1**<br>**Pigeon Forge, TN 37863** |

**1**

_____ continuation sheets attached to Schedule of Codebtors

In re    **Smoky Mountain Motels, Inc.**                                          ,    Case No. _____

Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Kenneth M. Seaton, Sr.**<br>**PO BOX 10**<br>**Pigeon Forge, TN 37868** | **Hartford Insurance Co.**<br>**Barnes Insurance Agency**<br>**PO BOX 609**<br>**Pigeon Forge, TN 37868** |
| **Kenneth M. Seaton, Sr.**<br>**PO BOX 10**<br>**Pigeon Forge, TN 37868** | **IPFS Corporation**<br>**PO BOX 419090**<br>**Kansas City, MO 64141** |
| **Kenneth M. Seaton, Sr.**<br>**PO BOX 10**<br>**Pigeon Forge, TN 37868** | **Magnuson Hotels**<br>**525 East Mission Ave.**<br>**Spokane, WA 99202** |
| **Kenneth M. Seaton, Sr.**<br>**PO BOX 10**<br>**Pigeon Forge, TN 37868** | **McKee Foods Corporation**<br>**PO BOX 2118**<br>**Collegedale, TN 37315** |
| **Kenneth M. Seaton, Sr.**<br>**PO BOX 10**<br>**Pigeon Forge, TN 37868** | **National Elevator, Inc.**<br>**PO BOX 3623**<br>**Knoxville, TN 37927** |
| **Kenneth M. Seaton, Sr.**<br>**PO BOX 10**<br>**Pigeon Forge, TN 37868** | **Commerce Title & Escrow, LLC**<br>**c/o Rudy, Wood & Winstead, PLLC**<br>**1812 Broadway**<br>**Nashville, TN 37203** |
| **Sharon Seaton Broyles**<br>**5812 Attleboro Dr.**<br>**Powell, TN 37849** | **Sunrise Holdings/PG, LLC**<br>**c/o Tarpy, Cox, Fleishman & Leveille, PL**<br>**1111 Northshore Dr. Suite N-290**<br>**Knoxville, TN 37919** |

Sheet   __1__   of   __1__   continuation sheets attached to the Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Eastern District of Tennessee

In re   **Smoky Mountain Motels, Inc.**

Debtor(s)

Case No. _____

Chapter   **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the president of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __25__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **February 26, 2014** _____

Signature   **/s/ Eddie Rhines** _____

**Eddie Rhines**
**president**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Eastern District of Tennessee

In re  **Smoky Mountain Motels, Inc.**
                                                              Case No.
                                        Debtor(s)             Chapter    **11**


# VERIFICATION OF CREDITOR MATRIX


The above Debtor(s) hereby verifies under the penalty of perjury under the laws of the United States of America that the attached list of creditors is true and correct to the best of his/her knowledge.


Date:    **February 26, 2014**              **/s/ Eddie Rhines**
                                            **Eddie Rhines**/president
                                            Signer/Title

Date:    **February 26, 2014**              **/s/ Steven L. Lefkovitz**
                                            Signature of Attorney
                                            **Steven L. Lefkovitz 5953**
                                            **LEFKOVITZ & LEFKOVITZ**
                                            **618 CHURCH ST.,  #410**
                                            **NASHVILLE, TN 37219**
                                            **615-256-8300   Fax: 615-255-4516**

A&W Office Supply & Design
PO BOX 23209
Knoxville, TN 37933

.

AVM Enterprises
PO BOX 22283
Chattanooga, TN 37422

Booking.com B.V.
5295 Paysphere Circle
Chicago, IL 60674

Capital Bank, N.A.
PO BOX 369
Alcoa, TN 37701

Citibusiness
Processing Center
Des Moines, IA 50363

City Of Pigeon Forge
Water & Sewer Dept.
PO BOX 1066
Pigeon Forge, TN 37868

Commerce Title & Escrow, LLC
c/o Rudy, Wood & Winstead, PLLC
1812 Broadway
Nashville, TN 37203

Commtrak
26 Nassau Commons
Lewes, DE 19958

Cooks Pest Control
PO BOX 5483
Knoxville, TN 37928

Corporate Travel Coordinators of America
511 Sixth Ave. Suite 505
New York, NY 10011

Evelyn Robinson
2620 View Dr. #9
Pigeon Forge, TN 37863

Hartford Insurance Co.
Barnes Insurance Agency
PO BOX 609
Pigeon Forge, TN 37868

Internal Revenue Service
Spec Proc Br, MDP 146
801 Broadway Room 285
Nashville, TN 37203

IPFS Corporation
PO BOX 419090
Kansas City, MO 64141

John C. Markey, II PLLC
1800 Camden Rd. Suite 106
Charlotte, NC 28203

Kenneth M. Seaton, Sr.
PO BOX 10
Pigeon Forge, TN 37868

Kenneth M. Seaton, Sr. & Affiliates
PO BOX 10
Pigeon Forge, TN 37868

Magnuson Hotels
525 East Mission Ave.
Spokane, WA 99202

McKee Foods Corporation
PO BOX 2118
Collegedale, TN 37315

Miller Anderson Law Group, PLLC
2108 Keller Bend Rd.
Knoxville, TN 37922

Smoky Mountain Motels, Inc. -
National Electric Sign
PO BOX 3623
Knoxville, TN 37927

Sevier County Electric System
PO BOX 4870
Sevierville, TN 37864

Sevier County Utility District
PO BOX 4398
Sevierville, TN 37864

SFS of Knoxville
900 Tennessee Ave.
Knoxville, TN 37921

Sharon Seaton Broyles
5812 Attleboro Dr.
Powell, TN 37849

Siever Lock & Safe Co.
PO BOX 798
Pigeon Forge, TN 37868

Smoky Mountain Supply
3620 Singing Pines Rd.
Pigeon Forge, TN 37863

State of Tennessee
220 French Landing Dr.
2nd Floor
Nashville, TN 37243

Sunrise Holdings/PG, LLC
c/o Tarpy, Cox, Fleishman & Leveille, P
1111 Northshore Dr. Suite N-290
Knoxville, TN 37919

Tennessee Dep't Labor
1st Floor, Suite B
200 French Landing Dr.
Nashville, TN 37243

Smoky Mountain Motels, Inc. -
Tennessee Department of Health
PO BOX 198990
Nashville, TN 37219

Tennessee  State  Bank
PO  BOX  1260
Pigeon Forge, TN 37868

Wholesale  Supply  Group
PO  BOX  4080
Cleveland, TN 37320

World  Web  Technologies
PO  BOX  234
Chestermere,  Alberta,  Canada  T1X1K8

# United States Bankruptcy Court
### Eastern District of Tennessee

In re   **Smoky Mountain Motels, Inc.** _____

Debtor(s)

Case No. _____

Chapter   **11** _____

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __**Smoky Mountain Motels, Inc.**__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**February 26, 2014** _____

Date

**/s/ Steven L. Lefkovitz** _____

**Steven L. Lefkovitz 5953**

Signature of Attorney or Litigant

Counsel for   **Smoky Mountain Motels, Inc.** _____

**LEFKOVITZ & LEFKOVITZ**
**618 CHURCH ST.,  #410**
**NASHVILLE, TN 37219**
**615-256-8300 Fax:615-255-4516**
**slefkovitz@lefkovitz.com**