B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of Tennessee

In re  **Smoky Mountain Motels, Inc.**                         Case No.
                            Debtor(s)                          Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Kenneth M. Seaton, Sr. & Affiliates**<br>**PO BOX 10**<br>**Pigeon Forge, TN 37868** | **Kenneth M. Seaton, Sr. & Affiliates**<br>**PO BOX 10**<br>**Pigeon Forge, TN 37868** | | | **1,021,173.61** |
| **Commerce Title & Escrow, LLC**<br>**c/o Rudy, Wood & Winstead, PLLC**<br>**1812 Broadway**<br>**Nashville, TN 37203** | **Commerce Title & Escrow, LLC**<br>**c/o Rudy, Wood & Winstead, PLLC**<br>**1812 Broadway**<br>**Nashville, TN 37203** | | **Contingent Unliquidated Disputed** | **50,000.00** |
| **Citibusiness**<br>**Processing Center**<br>**Des Moines, IA 50363** | **Citibusiness**<br>**Processing Center**<br>**Des Moines, IA 50363** | | | **40,386.67** |
| **IPFS Corporation**<br>**PO BOX 419090**<br>**Kansas City, MO 64141** | **IPFS Corporation**<br>**PO BOX 419090**<br>**Kansas City, MO 64141** | | | **30,332.08** |
| **Sevier County Electric System**<br>**PO BOX 4870**<br>**Sevierville, TN 37864** | **Sevier County Electric System**<br>**PO BOX 4870**<br>**Sevierville, TN 37864** | | | **11,624.59** |
| **Sevier County Electric System**<br>**PO BOX 4870**<br>**Sevierville, TN 37864** | **Sevier County Electric System**<br>**PO BOX 4870**<br>**Sevierville, TN 37864** | | | **8,834.79** |
| **Sevier County Electric System**<br>**PO BOX 4870**<br>**Sevierville, TN 37864** | **Sevier County Electric System**<br>**PO BOX 4870**<br>**Sevierville, TN 37864** | | | **4,961.11** |
| **City Of Pigeon Forge Water & Sewer Dept.**<br>**PO BOX 1066**<br>**Pigeon Forge, TN 37868** | **City Of Pigeon Forge Water & Sewer Dept.**<br>**PO BOX 1066**<br>**Pigeon Forge, TN 37868** | | | **4,140.77** |
| **World Web Technologies**<br>**PO BOX 234**<br>**Chestermere, Alberta, Canada T1X1K8** | **World Web Technologies**<br>**PO BOX 234**<br>**Chestermere, Alberta, Canada T1X1K8** | | | **3,264.00** |

B4 (Official Form 4) (12/07) - Cont.

In re **Smoky Mountain Motels, Inc.** Case No.

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| A&W Office Supply & Design<br>PO BOX 23209<br>Knoxville, TN 37933 | A&W Office Supply & Design<br>PO BOX 23209<br>Knoxville, TN 37933 | | | 3,095.84 |
| Booking.com B.V.<br>5295 Paysphere Circle<br>Chicago, IL 60674 | Booking.com B.V.<br>5295 Paysphere Circle<br>Chicago, IL 60674 | | | 3,000.00 |
| City Of Pigeon Forge<br>Water & Sewer Dept.<br>PO BOX 1066<br>Pigeon Forge, TN 37868 | City Of Pigeon Forge<br>Water & Sewer Dept.<br>PO BOX 1066<br>Pigeon Forge, TN 37868 | | | 2,249.34 |
| Hartford Insurance Co.<br>Barnes Insurance Agency<br>PO BOX 609<br>Pigeon Forge, TN 37868 | Hartford Insurance Co.<br>Barnes Insurance Agency<br>PO BOX 609<br>Pigeon Forge, TN 37868 | | | 2,097.00 |
| Siever Lock & Safe Co.<br>PO BOX 798<br>Pigeon Forge, TN 37868 | Siever Lock & Safe Co.<br>PO BOX 798<br>Pigeon Forge, TN 37868 | | | 1,470.65 |
| Tennessee State Bank<br>PO BOX 1260<br>Pigeon Forge, TN 37868 | Tennessee State Bank<br>PO BOX 1260<br>Pigeon Forge, TN 37868 | | | 1,031.24 |
| Sevier County Utility District<br>PO BOX 4398<br>Sevierville, TN 37864 | Sevier County Utility District<br>PO BOX 4398<br>Sevierville, TN 37864 | | | 946.99 |
| Evelyn Robinson<br>202 Two View Dr. #1<br>Pigeon Forge, TN 37863 | Evelyn Robinson<br>202 Two View Dr. #1<br>Pigeon Forge, TN 37863 | | | 805.00 |
| Magnuson Hotels<br>525 East Mission Ave.<br>Spokane, WA 99202 | Magnuson Hotels<br>525 East Mission Ave.<br>Spokane, WA 99202 | | | 735.09 |
| Tennessee Department of Health<br>PO BOX 198990<br>Nashville, TN 37219 | Tennessee Department of Health<br>PO BOX 198990<br>Nashville, TN 37219 | pool licensing | | 680.00 |
| Corporate Travel Coordinators of America<br>511 Sixth Ave. Suite 505<br>New York, NY 10011 | Corporate Travel Coordinators of America<br>511 Sixth Ave. Suite 505<br>New York, NY 10011 | | | 600.00 |

**B4 (Official Form 4) (12/07) - Cont.**

In re **Smoky Mountain Motels, Inc.**                                                              Case No.

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the president of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **February 26, 2014**                    Signature    **/s/ Eddie Rhines**
                                                          **Eddie Rhines**
                                                          **president**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.